JULY 18, 1995

No. A–50. BOLENDER *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE SCALIA took no part in the consideration or decision of this application.

No. 95–5230 (A–49). BOLENDER *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition. 

JULY 27, 1995

No. 94–2032. FRANKLIN ET AL. *v.* BEASLEY, GOVERNOR OF SOUTH CAROLINA, ET AL. Appeal from D. C. S. C. Stipulation to dismiss the appeal as to David Beasley, Governor of South Carolina; Edwin Huggins, Willard Lawrimore, and J. Wesley Kennedy, as Members of the Hemingway Annexation Steering Committee; and the Hemingway Annexation Steering Committee filed, and appeal dismissed as to these appellees under this Court's Rule 46.1.

JULY 28, 1995

No. A–947. FLESCHNER ET AL. *v.* UNITED STATES. Application for bail, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. A–34 (O. T. 1995). WOLFBERG ET UX. *v.* GREENBERG. C. A. 10th Cir. Application for stay, addressed to JUSTICE KENNEDY and referred to the Court, denied.